```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2758
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.2:11-CR-0241-01 WBS |
| Plaintiff, | |
| v. | STIPULATION RE CONTINUANCE OF SENTENCING HEARING |
| CHARLES CLARK, | Date: December 19, 2011<br>Time: 9:00 am<br>Honorable William B. Shubb |
| Defendant. | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant Charles Clark, by and through his counsel, Douglas Beevers, that the sentencing hearing scheduled for December 9, 2011, be continued to December 19, 2011, at 9:30 a.m. The Government is not in receipt of the discovery that was provided to Probation and needs additional time to reproduce the discovery in order to prepare its sentencing memorandum.

//

In addition, both parties exchanged additional sentencing evidence and the parties are attempting to resolve pending sentencing objections.

DATED: December 8, 2011  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle A. Prince
Michelle A. Prince
Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

By: /s/ Douglas Beevers
Douglas Beevers
Attorney for Defendant

The above stipulation of counsel is accepted. The sentencing hearing is rescheduled to December 19, 2011 at 9:30 a.m.

IT IS SO ORDERED.

Dated: December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE