```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00241-WBS |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CHARLES ROY CLARK, | |
| Defendant. | |

WHEREAS, on or about December 12, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the entry of a guilty plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Charles Roy Clark forfeiting to the United States the following property:

        a)   One Dell Desktop Computer, S/N: 7PNG2D1, and
        b)   One Seagate Hard Drive, S/N: 9LS6VFZZ.

AND WHEREAS, beginning on December 23, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Charles Roy Clark.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 24th day of May, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE