| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar # 122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, Bar # 288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | CHARLES RAY CLARK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:11-cr-00241-WBS |
| | ) | |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PRESENCE |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES RAY CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure, the defendant, Charles Ray Clark, hereby voluntarily waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, any status conference and the sentencing hearing and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver and agrees that defendant's interest will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present.

//

//

//

//

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 6, 2013

                                        */s/ Charles R. Clark*
                                        CHARLES RAY CLARK
                                        Defendant
                                        *Original retained by attorney*

I agree with and consent to my client's waiver of appearance.

Dated: September 16, 2013

                                        */s/ Douglas Beevers*
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CHARLES RAY CLARK

**IT IS SO ORDERED.**

Dated: September 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE